UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:12-CR-158-S-LDA |
| ) | |
| LAWRENCE MAJEWSKI, ) | |
| Defendant ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE HEARING

Now comes Defendant, Lawrence Majewski, in the above captioned matter, and by and through counsel hereby moves to continue the hearing currently scheduled for Wednesday, September 25, 2024, to Wednesday, October 30, 2024. As reason therefor, the defendant states as follows:

1.  As the Court is aware, following a significant restitution payment of $400,000 in December of 2022 and additional payments of $5,000.00 in May of 2023 and $4,000.00 in May of 2024, his restitution balance is believed to now be slightly in excess of $68,000.

2.  The government and defense counsel continue to discuss resolution of this matter, and defense counsel is working with the defendant to establish a payment plan for the balance.

3.  The defendant and the government previously agreed to schedule the hearing on this matter for September 25, 2024. However, on September 23, 2024, the Defendant informed defense counsel that he had suffered a traumatic medical event in Florida that requires surgical intervention. The emergency room report has been provided to the government but is not

attached here for HIPPA reasons. However, defense counsel is prepared to email the report to the Case Manager if deemed necessary by the Court.

      WHEREFORE the defendant respectfully requests that the hearing currently scheduled for Wednesday, September 25, 2024, be continued to Wednesday, October 30, 2024.

      Counsel has been authorized to advise the Court that the Government assents to the within motion.

      Respectfully submitted,
Lawrence Majewski,
By His Attorney,

/s/ *Anthony M. Traini*
Anthony M. Traini (#4793)
117 Metro Center Blvd., Suite 2001
Warwick, RI 02886
Tel: (401) 621-4700
Fax: (401) 621-5888
Email: amt@atrainilaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2024, a copy of the foregoing Motion to Continue Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Anthony M. Traini*